NELSON W. GOODELL, ESQ., SBN 264734
The Goodell Law Firm
5 Third Street, Suite 1100
San Francisco, CA 94104
(415) 495-3950 (office)
(415) 495-6900 (fax)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONDA CALEF,

Plaintiff,

v.

WACHOVIA MORTGAGE CORPORATION; WELLS FARGO BANK, N.A.; NDEX WEST, LLC; and DOES 1-20;

Defendants.

Case No: CV12-01392

STIPULATION AND [~~PROPOSED~~] ORDER ESTABLISHING EXPEDITED BRIEFING SCHEDULE FOR HEARING ON MOTION TO REMAND AND MOTION FOR PRELIMINARY INJUNCTION

Judge: Hon. Richard Seeborg

Action Removed: March 20, 2012

## STIPULATION

Plaintiffs Ronda Calef (the "Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") by, and through their respective counsel, jointly stipulate as follows:

WHEREAS, on March 12, 2012, the Plaintiff commenced this action the San Francisco County Superior Court;

WHEREAS, also on March 12, 2012, the San Francisco County Superior Court granted plaintiff's ex parte application for a temporary restraining order enjoining a foreclosure sale scheduled for the next day;

WHEREAS, the San Francisco County Superior Court further ordered that the plaintiff post a $2,000 bond by 12:00 p.m. on March 19, 2012 and set a hearing on a motion for a preliminary injunction for March 29, 2012 at 9:30 a.m.;

WHEREAS, the Plaintiff did indeed post the bond of $2,000 before noon on March 19, 2012;

WHEREAS, on March 20, 2012, Defendant Wells Fargo Bank, N.A. removed this action from the San Francisco County Superior Court to this Court;

WHEREAS, on March 28, 2012, Defendant NDEX West, LLC joined in Wells Fargo's Notice of Removal;

WHEREAS, on April 3, 2012, Wells Fargo Bank, N.A. filed a motion to dismiss the plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6);

WHEREAS, the Plaintiff contends that this action was improvidently removed;

WHEREAS, the Plaintiff further contends that she is entitled to injunctive relief enjoining the foreclosure sale of her home located at 1908 Buchanan Street, San Francisco, CA 94115;

WHEREAS, a foreclosure sale of Plaintiff's home was scheduled for April 17, 2012 and, in anticipation of this Stipulation, Wells Fargo continued the sale to May 17, 2012;

WHEREAS, the Plaintiff intends to file a motion to remand and a motion for a preliminary injunction;

WHEREAS, the Parties wish to conserve judicial resources, as well as their own resources, by having the Plaintiff's motions to remand this action to state court and for a preliminary injunction on the same day of Wells Fargo's motion to dismiss this action;

WHEREAS, Wells Fargo has postponed the trustee's sale as set forth above;

NOW IT IS HEREBY STIPULATED AND AGREED by and between Wells Fargo and Plaintiff, through their undersigned counsel of record that:

1. The Plaintiff shall have up to and including April 11, 2012 to file and serve her motions for a preliminary injunction and to remand this action to state court;
2. Wells Fargo shall have up to and including April 25, 2012 to file and serve an opposition to the motions for a preliminary injunction and to remand this action;
3. The Plaintiff shall have to and including May 2, 2012 to file and serve a reply to Wells Fargo's oppositions to the motions for a preliminary injunction and to remand this action;
4. The hearing on the Plaintiff's motion to remand the motion for a preliminary injunction will be heard concurrently with Wells Fargo's motion to dismiss, which is scheduled for May 10, 2012 at 1:30 p.m.;
5. Wells Fargo will not sell the Plaintiff's home, located at 1908 Buchanan Street, San Francisco, CA 94115, before May 17, 2012. Plaintiff expressly denies that Wells Fargo has or will ever have a right to foreclose.

IT IS SO STIPULATED.

Dated: April 6, 2012

**The Goodell Law Firm**

Nelson W. Goodell

By: _____/s/ Nelson W. Goodell___
NELSON W. GOODELL
Attorney for Plaintiff
Ronda Calef

Dated: April 6, 2012   **ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**

By: _____/s/ Keith D. Yandell___
KEITH D. YANDELL
Attorney for Defendant
Wells Fargo Bank, NA

## ORDER

Having reviewed the Joint Stipulation of Plaintiff Ronda Calef and Defendant Wells Fargo Bank, N.A., and for good cause shown, the Court hereby orders:

1. The hearing for the Plaintiff's motions for a preliminary injunction and motion and the motion to remand this action to state court will be heard on May 10, 2012 at 1:30 p.m.;

2. The Plaintiff will have up to and including April 11, 2012 to file the motions for preliminary injunction and motion to remand;

3. Wells Fargo will have up to and including April 25, 2012 to file oppositions to the motions for a preliminary injunction and motion to remand;

4. The Plaintiff will have up and including May 2, 2012 to file reply briefs to the oppositions to the motions for a preliminary injunction and motion to remand;

5. Wells Fargo will not cause a trustee's sale of the plaintiff's home, which is located at 1908 Buchanan Street, San Francisco, CA 94115, until at least May 17, 2012.

Dated: 4/6/12

_____
Honorable Richard Seeborg
United States District Judge