MARSHALL C. WALLACE (BAR NO. 127103)
KEITH D. YANDELL (BAR NO. 233146)
KAMRAN JAVANDEL (BAR NO. 272900)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: mwallace@allenmatkins.com
        kyandell@allenmatkins.com
        kjavandel@allenmatkins.com

Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger
with Wells Fargo Bank Southwest, N.A., f/k/a
Wachovia Mortgage, FSB, f/k/a World Savings Bank,
FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONDA CALEF,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WACHOVIA MORTGAGE CORPORATION; WELLS FARGO BANK, N.A.; AND DOES 1 through 20, inclusive,,<br><br>　　　　Defendant. | Case No. CV 12-01392 RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE AMENDED COMPLAINT, MOTION TO DISMISS AMENDED COMPLAINT, AND BRIEFING SCHEDULE |

# STIPULATION

Plaintiff Ronda Calef (the "Plaintiff"), Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), and Defendant NDeX West, LLC ("NDeX") by and through their respective counsel, jointly stipulate as follows:

WHEREAS, on March 12, 2012, the Plaintiff commenced this action in San Francisco County Superior Court;

WHEREAS, on March 20, 2012, Defendant Wells Fargo Bank, N.A. removed this action from the San Francisco County Superior Court to this Court;

WHEREAS, on March 28, 2012, Defendant NDEX West, LLC joined in Wells Fargo's Notice of Removal;

WHEREAS, on April 3, 2012, Wells Fargo Bank, N.A. filed a motion to dismiss the Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (Docket No. 14), and NDEX West joined in that Motion on April 6, 2012 (Docket No. 15);

WHEREAS, there was a foreclosure sale of Plaintiff's home scheduled for April 17, 2012

WHEREAS, in exchange for the stipulation entered in this action on April 6, 2012 (Docket No. 16), Wells Fargo continued the sale to May 17, 2012;

WHEREAS, the April 6, 2012 Stipulation provided for an expedited briefing schedule on Plaintiff's Motion to Remand and Motion for a Preliminary Injunction;

WHEREAS, on April 25, 2012 at 12:00 a.m. Plaintiff filed an Amended Complaint;

WHEREAS, Wells Fargo contends that its pending Motion to Dismiss (Docket No. 14) addresses all but one of the theories presented in Plaintiff's Amended Complaint, and Wells Fargo addresses the lone new issue in its Opposition to Plaintiff's Motion for Preliminary Injunction;

WHEREAS, the Parties wish to conserve judicial resources, as well as their own resources, and resolve their dispute regarding the Amended Complaint in an efficient fashion;

NOW IT IS HEREBY STIPULATED AND AGREED by and between Wells Fargo, NDeX and Plaintiff, through their undersigned counsel of record that:

1) Plaintiff's Amended Complaint (Docket No. 25) shall be deemed to be properly filed.

2) Wells Fargo's Pending Motion to Dismiss (Docket No. 14) shall be deemed to move to dismiss Plaintiff's *Amended* Complaint.

3) Plaintiff's Opposition to that Motion to Dismiss shall be due no later than Friday, May 4, 2012 at Noon.

4) Wells Fargo's Reply shall be due no later than Tuesday May 8, 2012 at Noon.

5) Wells Fargo's Motion to Dismiss shall remain on calendar and shall be heard on May 10, 2012 at 1:30 p.m.

6) NDeX's joinder in Wells Fargo's Motion to Dismiss shall be deemed to move to dismiss Plaintiff's *Amended* Complaint.

IT IS SO STIPULATED.

Dated: April 25, 2012                    **THE GOODELL LAW FIRM**

                                         By:    /s/ Nelson W. Goodell
                                                NELSON W. GOODELL
                                                Attorney for Plaintiff
                                                Ronda Calef

Dated: April 25, 2012                    **ALLEN MATKINS LECK GAMBLE
                                         MALLORY & NATSIS LLP**

                                         By:    /s/ Keith D. Yandell
                                                KEITH D. YANDELL
                                                Attorney for Defendant
                                                Wells Fargo Bank, N.A.

Dated: April 25, 2012

**BARRETT DAFIN FRAPPIER TREDER & WEISS**

By: */s/ Darlene Hernandez*
DARLENE HERNANDEZ
Attorney for Defendant
NDeX West, LLC

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

842386.01/SF

-4-

## ORDER

Having reviewed the Joint Stipulation of Plaintiff Ronda Calef, Defendant NDeX West, LLC and Defendant Wells Fargo Bank, N.A., and for good cause shown, the Court hereby orders:

1) Plaintiff's Amended Complaint (Docket No. 25) is deemed to be properly filed.

2) Wells Fargo's Pending Motion to Dismiss (Docket No. 14), and NDeX's joinder therein (Docket No. 15) is be deemed to move to dismiss Plaintiff's *Amended* Complaint.

3) NDeX's joinder in Wells Fargo's Motion to Dismiss shall be deemed to move to dismiss Plaintiff's *Amended* Complaint.

4) Plaintiff's Opposition to Wells Fargo's Motion to Dismiss shall be due no later than 12:00 p.m. on Friday, May 4, 2012.

5) Wells Fargo's Reply shall be due no later than 12:00 p.m. on Tuesday May 8, 2012.

6) Wells Fargo's Motion to Dismiss shall remain on calendar and shall be heard on May 10, 2012 at 1:30 p.m.

Dated:  4/26/12

_____
Honorable Richard Seeborg
United States District Judge