1 | NELSON W. GOODELL, ESQ., SBN 264734
2 | The Goodell Law Firm
  | 5 Third Street, Suite 1100
  | San Francisco, CA 94104
3 | (415) 495-3950 (office)
  | (415) 495-6900 (fax)
4 |
5 | Attorney for Plaintiff
  | RONDA CALEF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONDA CALEF,

Plaintiff,

v.

WACHOVIA MORTGAGE CORPORATION; WELLS FARGO BANK, N.A.; NDEX WEST, LLC; and DOES 1-20;

Defendants.

Case No: CV12-01392

STIPULATION AND [PROPOSED] ORDER REGARDING INJUNCTIVE RELIEF PENDING DECISION OF JURISDICTIONAL ISSUE

Judge: Hon. Richard Seeborg

Action Removed: March 20, 2012

## STIPULATION

Plaintiffs Ronda Calef (the "Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") by, and through their respective counsel, jointly stipulate as follows:

WHEREAS, on March 12, 2012, the Plaintiff commenced this action in San Francisco County Superior Court;

WHEREAS, also on March 12, 2012, the San Francisco County Superior Court granted plaintiff's unopposed ex parte application for a temporary restraining order enjoining a foreclosure sale scheduled for the next day;

WHEREAS, the San Francisco County Superior Court further ordered that the plaintiff post a $2,000 bond by 12:00 p.m. on March 19, 2012 and set a hearing on a motion for a preliminary injunction for March 29, 2012 at 9:30 a.m.;

WHEREAS, the Plaintiff did post the bond of $2,000 before noon on March 19, 2012;

WHEREAS, on March 20, 2012, Defendant Wells Fargo Bank, N.A. removed this action from San Francisco County Superior Court to this Court;

WHEREAS, on March 28, 2012, Defendant NDEX West, LLC joined in Wells Fargo's Notice of Removal;

WHEREAS, on April 3, 2012, Wells Fargo Bank, N.A. filed a motion to dismiss the plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6);

WHEREAS, on April 11, 2012, the Plaintiff filed a motion to remand this case to state court and, in the alternative, a motion for a preliminary injunction;

WHEREAS, the Plaintiff and Wells Fargo Bank, N.A. previously stipulated to postpone the foreclosure sale until May 17, 2012 in order for the plaintiff's motions to remand and motion for a preliminary injunction, and Wells Fargo Bank, N.A.'s motion to dismiss, could be heard;

WHEREAS, the Court issued an order on May 8, 2012 ordering NDEX West, LLC to provide additional evidence regarding its citizenship;

WHEREAS, the Court ruled that Wells Fargo Bank, N.A. should either inform the Court by May 15, 2012 that it intends on postponing the foreclosure sale until an appropriate day in June or submit a memorandum of points and authorities in support of why they should not have to do so;

WHEREAS, Wells Fargo Bank, N.A. has requested that the Plaintiff post a bond in exchange for their agreement to postpone the foreclosure sale for 30 days, pursuant to Federal Rule of Civil Procedure 65;

WHEREAS, the Plaintiff has agreed in good faith to make a payment of $3,500 into the Court's registry, as security for this injunctive relief;

WHEREAS, neither Party waives their rights to request a higher or lower bond amount should a preliminary injunction issue in this Court or, if this case is remanded, in state court;

WHEREAS, either the Plaintiff or Wells Fargo may file a motion to recover this monetary bond in this Court, pursuant to Federal Rule of Civil Procedure 65, after the conclusion of this action, whether the case remains in this Court or is remanded to state court;

NOW IT IS HEREBY STIPULATED AND AGREED by and between Wells Fargo and Plaintiff, through their undersigned counsel of record that:

1. The Plaintiff shall have up to and including May 15, 2012 to make a payment of $3,500 into the Court's registry;
2. Wells Fargo will not conduct a foreclosure sale of the plaintiff's home, located at 1908 Buchanan Street, San Francisco, CA 94115 until at least June 16, 2012;
3. Nothing in this stipulation should be construed as a waiver of either party's argument that, should a preliminary injunction be issued in either this Court or in state court,

the amount of the preliminary injunction bond should be different than the amount agreed to in this stipulation;

4. This stipulation is the entire agreement between the parties regarding their agreement that no foreclosure sale will transpire on the plaintiff's home pending the Court's decision on the plaintiff's motion to remand. There are no understandings, agreements, or representations, oral or written, not specified herein regarding this agreement.

IT IS SO STIPULATED.

Dated: May 10, 2012

**The Goodell Law Firm**
Nelson W. Goodell

By: ___/s/ Nelson W. Goodell___
NELSON W. GOODELL
Attorney for Plaintiff
Ronda Calef

Dated: May 10, 2012   **ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**

By:___Keith D. Yandell___
KEITH D. YANDELL
Attorney for Defendant
Wells Fargo Bank, NA

## **ORDER**

Having reviewed the Joint Stipulation of Plaintiff Ronda Calef and Defendant Wells Fargo Bank, N.A., and for good cause shown, the Court hereby orders:

1. The Plaintiff shall make a payment in the amount of $3,500 by no later than May 15, 2012;

2. Wells Fargo will not cause a trustee's sale of the plaintiff's home, which is located at 1908 Buchanan Street, San Francisco, CA 94115, any earlier than June 16, 2012.

Dated: 5/10/12

_____
Honorable Richard Seeborg
United States District Judge