MARSHALL C. WALLACE (BAR NO. 127103)
KEITH D. YANDELL (BAR NO. 233146)
KAMRAN JAVANDEL (BAR NO. 272900)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: mwallace@allenmatkins.com
        kyandell@allenmatkins.com
        kjavandel@allenmatkins.com

Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONDA CALEF,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WACHOVIA MORTGAGE CORPORATION; WELLS FARGO BANK, N.A.; AND DOES 1 through 20, inclusive,,<br><br>　　　　Defendant. | Case No. CV 12-01392 RS<br><br>[~~PROPOSED~~] ORDER DISMISSING CASE WITH PREJUDICE |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

842386.01/SF

# **ORDER**

Having reviewed the Joint Stipulation of Plaintiff Ronda Calef, Defendant NDeX West, LLC and Defendant Wells Fargo Bank, N.A., and for good cause shown, the Court hereby orders:

1) This action is hereby dismissed <u>with prejudice</u>.

2) Each party shall bear its own costs and attorney's fees..

3) The Clerk of this Court shall immediately disburse to Wells Fargo through its counsel of record the $7,000 bond Plaintiff posted in this action (Dckt. Nos. 38, 46).

4) Wells Fargo shall recover the $2,000 bond posted in the California Superior Court for the County of San Francisco.

5) All pending deadlines in this case are hereby vacated. All orders of the Court are likewise vacated.

Dated:   7/3/12

_____
Honorable Richard Seeborg
United States District Judge